### GRAHAM et ux. v. CLEARMAN et al.
### (No. 1009—5191.)

Commission of Appeals of Texas, Section B.
May 1, 1929.

See, also, 14 S.W.(2d) 819.

J. W. Thomas and Walter Miller, both of Belton, and I. F. Graham, of Kerrville, for plaintiffs in error.

Roberts, Monteith, Baring & Miller and Edgar Monteith, all of Houston, for defendants in error.

LEDDY, J. On the original hearing plaintiffs in error's application for writ of error was dismissed because of their failure to comply with the order of the Supreme Court requiring them to file a writ of error bond as provided by the statute.

No motion for rehearing has been filed by plaintiffs in error, but defendants in error have filed a motion for rehearing and tender therewith a bond executed by them as principals and with proper surety, agreeing unconditionally to pay all costs incurred in this cause.

Plaintiffs in error have filed a reply to this motion, asserting that no motion for rehearing has been filed by them, and that defendants in error have no right to obtain jurisdiction of the Supreme Court by filing a bond when they failed to apply for a writ of error.

It appears that plaintiffs in error are satisfied with the ruling of the Supreme Court dismissing their application. To grant a motion for rehearing at the defendants in error's instance would permit them to avail themselves of the jurisdiction of the Supreme Court without complying with the procedure essential to obtaining writs of error.

We recommend that defendants in error's motion for rehearing be overruled.